IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| De'Anna Brown, et al. | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 16 CV 50392 |
| | ) | |
| v. | ) | |
| | ) | Judge: Iain D. Johnston |
| Officer Michael Anderson, et al. | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

Pending before the court is Plaintiffs' Agreed Motion To Approve of Minors' Settlement and Plaintiffs' Agreed Motion To Voluntarily Dismiss Defendants Michael Anderson, Officer Young, Officer Daniel Wojick, Deputy Marks, and Deputy Brouwer. Dkt. Nos. 44, 46. The written settlement agreement has been received and reviewed. This order is being entered pursuant to Local Rule 17.1.

In compliance with 755 ILCS 5/25-2, Plaintiffs have filed an affidavit establishing that the estates of the minor children do not exceed $10,000.00, that Plaintiff De'Anna Brown is their parent, and that no representative has been appointed for their estate. Dkt. 49. The Court is familiar with the facts and circumstances of this case and finds that the settlement agreement is fair and reasonable. It is this Court's Report and Recommendation that Plaintiff's Motion To Approve of Minors' Settlement and Plaintiff's Motion To Voluntarily Dismiss Defendants Michael Anderson, Officer Young, Officer Daniel Wojick, Deputy Marks, and Deputy Brouwer be granted.

Any objection to this Report and Recommendation is due 10/25/2018. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.3d 258, 260 (7th Cir. 1989).

Date:  10/11/2018                                        /s/ Iain D. Johnston
                                                         U.S. Magistrate Judge