# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| De'Anna Brown, *et al.*, | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | Case No: 16 CV 50392 |
| | ) | |
| Officer Michael Anderson, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | Judge Frederick J. Kapala |
| | ) | |
| | ) | Magistrate Judge Iain D. Johnston |

## ORDER

Before the court is a report and recommendation ("R&R") [52] from the magistrate judge that this court grant plaintiffs' agreed motion to approve of minors' settlement [44] and plaintiffs' motion to voluntarily dismiss defendants Michael Anderson, Officer Young, Officer Daniel Wojick, Deputy Marks, and Deputy Brouwer [46]. Accordingly, there being no written objection to the magistrate judge's R&R, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the record and the R&R, the court accepts the R&R and grants plaintiff's motions.

Date: 10/29/2018            ENTER:

                                                    _____
                                                    FREDERICK J. KAPALA

                                                    District Judge